UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-00333-JVS-AFM**                                    Date:  May 6, 2020

Title   **Jae Jeong Lyu v. John Yutan, et al.**

Present: The Honorable:   **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause for Failure to Pay Full Filing Fee**

This case has been transferred to the calendar of Magistrate Judge Alexander F. MacKinnon.

On February 3, 2020, plaintiff's Request to File Without Prepayment of Filing Fees and proceed *in forma pauperis* ("IFP Request") was denied and plaintiff was ordered to pay the full filing fee within 30 days.  On April 9, 2020, Plaintiff's Motion for Reconsideration of his IFP Request was also denied.

A review of the docket shows that plaintiff has not paid the full filing fee.  Plaintiff is hereby ordered to show cause why this action should not be dismissed based on plaintiff's failure to timely pay the full filing fee. Plaintiff shall file a response to this Order to Show Cause no later than **May 27, 2020**.  Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action.  If the full filing fee ($400.00 payable to the Clerk of the Court) is received by May 27, 2020, no further response to this Order to Show Cause is necessary.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |