**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE JEONG LYU, | Case No. 2:20-cv-00333-JVS-AFM |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN YUTAN, et al., | |
| Defendants. | |

On February 3, 2020, plaintiff's request for leave to proceed *in forma pauperis* ("IFP") was denied: The complaint failed to state a claim upon which relief may be granted; it was barred by *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994); and leave to amend would be futile. Accordingly, plaintiff was ordered to pay the full filing fee within 30 days. (ECF No. 5.) Plaintiff's request for reconsideration of the February 3 order (ECF No. 6) was denied on April 9, 2020 (ECF No. 9), and Plaintiff was ordered to show cause why this action should not be dismissed for failure to pay the full filing fee. (ECF No. 11.)

On May 22, 2020, plaintiff filed his response to the order to show cause. (ECF No. 12.) As previously found by the Court, the complaint does not allege a federal civil rights cause of action under 42 U.S.C. § 1983, and it is barred under *Heck*

because success on plaintiff's claim herein would necessarily undermine plaintiff's criminal conviction. Nothing in plaintiff's response to the order to show cause changes those conclusions.

Accordingly, IT IS ORDERED that this action be dismissed without prejudice for failure to pay the full filing fee.

DATED: May 28, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE